Northern District Of Ohio
455 John F. Seiberling Federal Building
US Courthouse
2 South Main Street
Akron, OH 44308

**Case No. 21−51386−amk**

**In re:**
Brian L. McCain
1831 State Route 44
Atwater, OH 44201

**Social Security No.:**
xxx−xx−2735

# FINAL DECREE

The Court, in reliance upon the certification of the case trustee, finds that the estate of the debtor(s) has been fully administered.

☐ The deposit required by the Plan has been distributed.

**It is therefore Ordered that:**

☑ Julie K. Zurn is discharged as Trustee of the estate of the debtor and any bond required by 11 U.S.C. § 322 is cancelled.

☑ The Chapter 7 case of the debtor(s) is closed; and

☐ Other provisions as needed.

**Dated:** January 25, 2022
Form ohnb136a

**BY THE COURT**
/s/ Alan M. Koschik
United States Bankruptcy Judge